IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MISTY YATES, as Administratrix for the Estate of Ebony Smith, deceased,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>LANGHORNE GARDENS HEALTH AND REHABILITATION CENTER, LLC, SHG REWD, LLC, SABER HEALTHCARE GROUP, LLC, SABER HEALTHCARE HOLDINGS, LLC, SHH HOLDINGS, LLC and SABER GOVERNANCE, LLC,<br>　　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  24-3261 |

## O R D E R

**AND NOW**, this 12th day of November, 2025, upon consideration of the Motion to Compel Arbitration Defendants Langhorne Gardens and Health Rehabilitation Center, LLC; SHG Rewd, LLC; Saber Healthcare Group, LLC; Saber Healthcare Holdings, LLC; SHH Holdings, LLC; and Saber Governance, LLC ("Defendants") (ECF No. 9), the response thereto (ECF No. 10), and the supplemental briefing (ECF Nos. 14–15), **IT IS HEREBY ORDERED THAT**:

　　1.　　The Motion is **GRANTED** as to Counts I and II.

　　2.　　**On or before December 19, 2025**, Plaintiff shall submit the claims in Counts I and II against Defendants to arbitration in accordance with the arbitration provisions outlined in the Agreement.

　　3.　　Count III shall be **STAYED** to permit the arbitration to proceed.

　　4.　　Counsel for Plaintiff shall submit a status report to the Court **on the first day of each month, commencing on February 1, 2026**, to report on the status of the arbitration proceedings, including but not limited to the filing of a claim, the date scheduled for arbitration, and the outcome of any completed arbitration.

5. **Within thirty (30) days of the completion of the arbitration proceeding**, both parties are directed to notify the Court that the arbitration has concluded and that the stay in the above-captioned action may be lifted.

                                        **BY THE COURT:**

                                        /s/ Hon. Kelley B. Hodge

                                        **HODGE, KELLEY B., J.**